## MILLENNIUM DENTAL TECHNOLOGIES, INC., Plaintiff–Appellant,

v.

FOTONA D.D., Defendant–Appellee.

No. 2010–1428.

United States Court of Appeals, Federal Circuit.

June 24, 2011.

Philip J. Graves, Graves & Walton, LLP, Los Angeles, CA, for Plaintiff–Appellant.

James S. Azadian, Enterprise Counsel Group, Irvine, CA, for Defendant–Appellee.

### ORDER

The court considers whether the stay of proceedings in this appeal should be lifted.

On August 24, 2010, 391 Fed.Appx. 880, this court stayed the briefing schedule because the district court had not entered an order granting the motion to enforce settlement. On September 30, 2010, 2010 WL 3835056, the district court entered its order, and the appellant subsequently filed an amended notice of appeal. The matter now being resolved, the court lifts the stay and directs a briefing schedule.

Accordingly,

It Is Ordered That:

The stay of briefing is lifted. Millennium Dental Technologies, Inc. should file its initial brief within 40 days from the date of filing of this order.